1  ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
   2044 First Avenue, Suite 200
2  San Diego, California 92101
   Telephone: (619) 233-7521
3  Facsimile:  (619) 233-4516

4  Attorney for Material Witness, Albertico MEDINA-Martinez



FILED
06 SEP 15 AM 10:29
SEP 1 5 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

06CR1851 W

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No: 06MG1500 LSP |
| Plaintiff, | Ex Parte Application and Order to Exonerate the Appearance Bond for the Material Witness and Disburse the Bond Funds |
| vs. | |
| LUIS CARLOS ORTIEZ-GUTIERREZ, | |
| Defendant. | |

Ex Parte Application

I, Robert E. Schroth Jr., attorney for material witness, Albertico MEDINA-Martinez, submit this ex parte application and order to exonerate the appearance bond securing the attendance of the material witness for this case.

This application is made after I obtained authorization from the United States District Court Judge to remand the material witness to the Bureau of Immigration and Custom Enforcement, and after the material witness was remanded to the custody of the Bureau of Immigration and Custom Enforcement for the return of the material witness to his or her country of origin.

- 1 -

Ex Parte Application and Order to Exonerate the Appearance Bond for the Material Witness

CC: FINANCIAL

On behalf of the material witness and the surety who signed the appearance bond for the material witness, I am requesting that the court order the exoneration of the Material Witness Bond and also the Clerk of the District Court to return the cash security to the surety.

Dated: 9/13/06

Robert E. Schroth Jr.
Attorney for the Material Witness

ORDER

IT IS ORDERED that the personal surety bond for $5,000.00, which secured the presence of material witness Albertico MEDINA-Martinez is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the $500.00 held in the Registry of the Court to the surety:

Juan Rodriguez
10124 San Anselmo Ave.
South Gate, CA 90280
SSN: 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

Dated: 9/15/06

U. S. District Court Judge

Ex Parte Application and Order to Exonerate the Appearance Bond for the Material Witness